UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50085-01 |
| versus | JUDGE TOM STAGG |
| CONTRELL COLEMAN | |

_____

### O R D E R

_____Before the court is a motion by Contrell Coleman ("Coleman") to amend his 28 U.S.C. § 2255 motion and for an extension of time to do so.  See Record Document 63.

**IT IS ORDERED** that Coleman's motion (Record Document 63) be and is hereby **GRANTED**.  Coleman shall have until Friday, August 3, 2007 to file the amendment.  The government will have ten days after Coleman's amendment is filed to respond.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of July, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE